NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DAVID S. FRITZ,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

———————————

2014-7031

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2513, Judge William A. Moorman.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of David S. Fritz's unopposed motion to withdraw his appeal,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

2                                    FRITZ v. SHINSEKI

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25

ISSUED AS A MANDATE:  January 16, 2014